IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| THELMA HICKERSON<br>3723 42nd Avenue<br>Brentwood, MD 20722 | )<br>)<br>) |
| Plaintiff | ) |
| v. | ) Case No: CAL12-17661 |
| LAURIE MARIE MENGEL<br>116 Larch Street<br>Providence, RI 02906 | )<br>)<br>) |
| and | ) |
| **STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br>SERVE: Maryland Insurance Admin<br>200 St. Paul Place, Ste. 2700<br>Baltimore, MD 21201** | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

## AMENDED COMPLAINT
(Negligence-Motor Vehicle)

COMES NOW the plaintiff, Thelma Hickerson, by and through counsel, Eric S. Slatkin, and sues the defendants, Laurie Marie Mengel and State Farm Mutual Automobile Insurance Company, and for cause, states as follows:

## COUNT I
(Negligence)

1. On March 26, 2010 at approximately 4:00 P.M., Plaintiff Thelma Hickerson was lawfully proceeding westbound on Baltimore Avenue when a vehicle

operated by Defendant Laurie Marie Mengel, traveling eastbound on Baltimore Avenue, crossed over the double yellow line and collided with Plaintiff's vehicle.

2. Defendant Mengel was negligent in failing to maintain her vehicle in her, lane of traffic; in failing pay full time and attention to her driving; in failing to keep a proper lookout; in failing to control her speed; in failing to see what was there to be seen; in failing to exercise reasonable care in order to avoid a collision; and in otherwise failing to operate her vehicle in a reasonable and safe manner.

3. As a direct result of the negligence of the Defendant, the Plaintiff suffered severe and potentially permanent injuries.

4. As a direct result of the collision caused by the negligence of the Defendant, the Plaintiff was caused to incur past medical expenses, potential future medical expenses, lost earnings, lost earnings potential, and pain and suffering.

WHEREFORE, Plaintiff Thelma Hickerson demands judgment against Defendant Laurie Marie Mengel in the sum of Three Hundred Thousand Dollars ($300,000.00), plus interest accruing from the date of said accident.

### COUNT II
(Underinsured Motorist Claim)

5. Plaintiff incorporates herein by reference all facts and allegations set forth in paragraphs 1 through 4 above.

6. Upon information and belief, at the time of the occurrence the only

applicable motor vehicle policy which provided liability coverage to Laurie Marie Mengel was through Amica Mutual Insurance Company, which policy included $25,000 of bodily injury protection coverage.

7.  At the time of the occurrence and at any and all other relevant times, the plaintiff's vehicle was covered under a policy of motor vehicle insurance through defendant State Farm Mutual Automobile Insurance Company (hereinafter "State Farm"), which policy included $100,000 of uninsured/underinsured motorist bodily injury protection coverage.

8.  Pursuant to said uninsured/underinsured motorist protection coverage purchased from defendant State Farm which was in effect as of the date of this occurrence, defendant State Farm is responsible to the plaintiff for damages in excess of Laurie Marie Mengel's liability coverage of $25,000 up to $100,000.

**WHEREFORE**, suit is brought by the plaintiff, Thelma Hickerson, against the defendant, State Farm Mutual Automobile Insurance Company, in the amount of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs.

Respectfully submitted,

_____
Eric S. Slatkin     ID#SL4051
Attorney for Plaintiff
3905 National Drive, Ste. 300
Burtonsville, MD 20866
(301) 989-8800

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Complaint was mailed, postage prepaid, this __18__ day of __December__, 2012, to:

Laurie Marie Mengel
116 Larch Street
Providence, RI 02906

Mr. Ronald L. Myers, Jr.
Amica Mutual Insurance
P.O. Box 9690
Providence, RI 02940-9690

_____
Eric S. Slatkin