UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

THELMA HICKERSON              :
                              :
        Plaintiff,            :
                              :
v.                            :   CASE NO. AW 13 CV 0086
                              :
LAURIE MARIE MENGEL, *et al.* :
                              :
        Defendants.           :

### DEFENDANT MENGEL'S PROPOSED VOIR DIRE

Defendant Mengel, by counsel, requests that the following voir dire questions be asked of the jury panel:

1. Do you know any of the following involved attorneys or their law firms: [identify counsel and their firms]

2. Do you know any of the parties to this case:
   a. Plaintiff Thelma Hickerson
   b. Defendant Laurie Mengel

3. Do you have any personal knowledge of the accident which is the subject of this case, and which was an accident that occurred on March 26, 2010 on Baltimore Avenue in Prince George's County, Maryland?

4. Do you know any of the following people who may testify in this case:
   [identify witnesses]

5. Have you ever been injured in a motor vehicle accident?

6. Have you ever made a claim for being injured in a motor vehicle accident?

7. Have you ever been a Plaintiff in a lawsuit, which means that you were the person doing the suing?

8. Do you have any current pain or symptoms in your neck, back, or knees?



HARTEL, KANE,
DeSANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

9.  Have any of you ever had neck surgery or back surgery?

10. Do you feel that you have ever sustained a permanent injury to your neck, back, or knee?

11. Have you ever been told that you need neck surgery or back surgery?

12. Have you, or a close family member, worked in a medical field?

13. Do you know any of the other jurors here today?

14. Have you ever served on a jury before today?

15. Have you ever worked for a lawyer or a law firm?

16. Do you suffer from any medical condition that would impair your ability to sit as a fair and impartial juror in this case?

                                              Respectfully submitted:

                                       */s/ Timothy E. Howie*

Timothy E. Howie, Esq.
Bar No. 07834
HARTEL, KANE, DeSANTIS & HOWIE, LLP
11720 Beltsville Drive, Suite 500
Beltsville, MD 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Email: thowie@hartelkane.com
*Counsel for Defendant Mengel*



HARTEL, KANE,
DeSANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __29__ day of __May__, 2014, I copy of the foregoing was served electronically on:

    Eric S. Slatkin, Esq.
    3905 National Drive, Ste. 300
    Burtonsville, MD 20866
    *Counsel for Plaintiff*

    Maurice Jagne-Shaw, Esq.
    Timothy S. Smith & Associates
    7474 Greenway Center Drive, Suite 500
    Greenbelt, MD 20770
    *Counsel for Defendant State Farm*

                        Timothy E. Howie, Esq.

E:\TEH\Hickerson v. Mengel\Voir Dire  5.29.14.wpd



HARTEL, KANE,
DESANTIS & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205