IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THELMA HICKERSON | * |
| Plaintiff | * |
| v. | * Civil Action No. WGC-13-cv-00086 |
| LAURIE MARIE MENGEL, et al. | * |
| Defendants | * |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. On March 26, 2010 Plaintiff Thelma Hickerson and Defendant Laurie Mengel were involved in a collision on Alternate Baltimore Avenue near the intersection with Baltimore Avenue (Rt. 1). Does any member of the jury panel know either Ms. Hickerson or Ms. Mengel or have any knowledge of this occurrence?

2. The attorneys involved in this case are Eric S. Slatkin, Esquire; Timothy Howie, Esquire; and Maurice Jagne-Shaw, Esquire. Does any member of the jury panel know any of these attorneys?

3. The following physicians may be referred to or may testify at trial: Dr. Amin Amini; Dr. Steven Horwitz; Dr. Michael Paul; Dr. Katrina McLellan; Dr. Philip Schneider; Dr. Suresh Muttath; and Dr. Joel Falik. Has any member of the jury panel been treated by any of these physicians or have other knowledge of any of these physicians?

4. Is any member of the jury panel insured by State Farm Insurance?

5. As you have been told, this case involves a claim arising out of an automobile accident. Are there any members of the jury panel who believe that they could not fairly and impartially judge this case because you have made a claim against another person for injuries suffered as a result of an automobile accident, or because someone has made a claim

against you?

6. Are there any members of the jury panel who have been involved in a significant automobile collision which did not result in personal injury? If so, do you believe that your experience may affect your ability to render a fair and impartial verdict?

7. Is any member of the jury panel or any member of your immediate family employed by any entity or company which is involved in the resolution of disputes between parties?

8. Is there any member of the jury panel who does not believe that it is appropriate for a person to sue another person or insurance company for damages, including pain and suffering, which were caused by another person's alleged negligence?

9. Are there any members of the jury panel who think or believe that our system for resolving personal injury claims should be reformed? If so, do you believe that this will affect your ability to render a fair and impartial verdict in this matter?

                Respectfully submitted,

                _____/s/_____
                Eric S. Slatkin
                Attorney for Plaintiff
                3905 National Drive, #300
                Burtonsville, MD 20866-1100
                (301) 989-8800